UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO HONESTO,<br><br>    Petitioner,<br><br>    v.<br><br>C. CALLAHAN,<br><br>    Respondent. | 1:17-cv-001607 SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

    Petitioner, Pedro Honesto, a state prisoner proceeding pro se, filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on December 4, 2017. Petitioner is challenging the violation of his Eighth Amendment rights and "California's post-conviction discretionary parole relief procedure." Petitioner pled guilty to second degree murder in Santa Clara County Superior Court in 1987. Santa Clara, California, is within the venue of the U.S. District Court for the Northern District of California.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning

conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **December 8, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE